United States District Court
Southern District of Texas
**ENTERED**
October 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ENDIS MONTOYA-DIAZ, | § | |
| | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-00612 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner's petition for a writ of habeas corpus. (D.E. 1). On April 8, 2026, Petitioner filed his petition, challenging his detention. *Id.* On April 13, 2026, the Court ordered Respondents to file their response within ten days of the date of service. (D.E. 4, p. 1). On April 15, 2026, and before Respondents' response deadline lapsed, the Court stayed this case. (D.E. 6). On August 4, 2026, the Court transferred this case to the undersigned, (D.E. 8, p. 1), and lifted the stay. August 4, 2026 Minute Entry. Following the lifting of the stay, however, the Court did not enter a new briefing schedule. *See* (D.E. 8).

The Court **ADOPTS** the briefing and service procedures as outlined in the Court's previous order. (D.E. 4). The Court **ORDERS** Respondents to file a response and serve it on Petitioner within **ten (10) days** of the date of service. The responsive pleading must specifically address whether this Court has jurisdiction to entertain this Petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). The Court further **ORDERS** that if Petitioner elects to file a reply, he may do so no later than **five (5) days** after Respondents file their respective answers or responses. *See* Rule 5(e), Rules Governing § 2254 Proceedings.

Pursuant to the Memorandum of Understanding dated January 29, 2026, the Court **FOREGOES** mail service. The Court **DIRECTS** the Clerk of Court to electronically serve the

Petition for Writ of Habeas Corpus, (D.E. 1), and this Order on the Southern District of Texas's Civil Chief at USATXS.CivilNotice@usdoj.gov.

Such service does not substitute for the requirements of formal service but is instead intended only to provide Respondents notice and an opportunity to be heard at this juncture. The Court **DIRECTS** Petitioner to serve Respondents in accordance with Rule 4(i) of the Federal Rules of Civil Procedure and include a copy of this Order with that service.

To preserve the status quo while the Court considers this matter, the Court **ORDERS** Respondents to notify Petitioner's counsel and the Court of any anticipated or planned transfer of Petitioner outside the Southern District of Texas, Laredo Division, or any planned removal of him from the United States, **at least five (5) days before** any such transfer or removal.

Finally, Respondents will not be served further notice of activity on this docket. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
October 2nd, 2026